IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CNX GAS CORPORATION, and
CNX GAS COMPANY LLC
    Plaintiffs,                                  05cv1574
   v.                                         ELECTRONICALLY FILED

CDX GAS, LLC,
    Defendant,

   v.

CONSOL ENERGY, INC.,
    Counter-Defendant.

## **Verdict Slip**

1. Do you find that Consol Energy, Inc./CNX Gas Corporation have proven by clear and convincing evidence that the claimed invention was in public use (in a manner that was not primarily an experimental use) in the United States prior to November 20, 1997?

    Yes _____        No _____

    NOTE: A "Yes" answer is a finding for Consol. A "No" answer is a finding for CDX.

2. Do you find that Consol Energy, Inc./CNX Gas Corporation have proven by clear and convincing evidence that the claimed invention worked for its intended purpose (i.e. reduced to practice) prior to November 20, 1997.

    Yes _____        No _____

    NOTE: A "Yes" answer is a finding for Consol. A "No" answer is a finding for CDX.

**SO SAID BY ALL.**

Dated: _____

Signed by all jurors:

_____  _____
Jury Foreman

_____  _____

_____  _____

_____  _____