IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CNX GAS CORPORATION, and
CNX GAS COMPANY LLC
    Plaintiffs,                                05cv1574
    v.                                    ELECTRONICALLY FILED

CDX GAS, LLC,
    Defendant,

    v.

CONSOL ENERGY, INC.,
    Counter-Defendant.

## ORDER OF COURT

Pending before this Court is the joint exhibit list of the parties, which lists numerous objected-to exhibits to be offered at trial (doc. no. 466). After careful consideration, the Court OVERRULES the objections to the following exhibits: P-36, P-37, P-38, P-39, D-7, D-8, D-18, and D-19. The Court SUSTAINS the objections to the following exhibits: D-13, D-21, D-22, D-25, and D-29. Finally, the Court reserves its rulings on the admissibility of the following exhibits until during trial: P-24, P-40, P-42, P-50, D-1 through D-6 (documents noted in the Exhibit 2A), D-11, D-12, D-15, D-16, and D-33.

                                            SO ORDERED this 29th day of May, 2008.

                                            s/Arthur J. Schwab
                                            Arthur J. Schwab
                                            United States District Judge

cc:    All registered users of ECF